# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUELENI FETONGI MAKA,<br><br>        Petitioner,<br><br>        v.<br><br>TERESER A. BANKS, Warden,<br><br>        Respondent. | NO. CV 11-5869 ODW (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed for lack of jurisdiction.

DATED: August 11, 2011

/s/ Otis D. Wright

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE